MCGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>        v.<br><br>MARIA MUNOZ,<br><br>                    Defendant. | CASE NO.  1:20-CR-00123-DAD-BAM<br><br>STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT MARIA MUNOZ<br><br>COURT: Hon. Barbara A. McAuliffe |

WHEREAS, the discovery in this case contains information relating to the actions of as-yet unindicted co-conspirator(s) ("Protected Information"); and

WHEREAS, the parties desire to avoid the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, Defendant Maria Munoz, by and through her counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Laura D. Withers, hereby agree and stipulate as follows:

1.      This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2.      This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3.      By signing this Stipulation and Protective Order, Defense Counsel and Defendant agree

not to share any documents that contain Protected Information with anyone other than Defendant, Defense Counsel attorneys, designated defense investigators, and support staff.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defense counsel will return the discovery to the Government at the conclusion of the case after the exhaustion of all direct and collateral appeals.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.


Dated: August 3, 2020                    MCGREGOR W. SCOTT
                                         United States Attorney


                                         By:  /s/ Laura D. Withers
                                             LAURA D. WITHERS
                                             Assistant United States Attorney


Dated:  August 3, 2020                   By:  /s/ Caroline McCreary
                                             CAROLINE MCCREARY
                                             Attorney for Defendant
                                             MARIA MUNOZ


IT IS SO ORDERED.

Dated:   **August 4, 2020**              ___/s/ Barbara A. McAuliffe___
                                         UNITED STATES MAGISTRATE JUDGE

2