

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**

AUG 1 8 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |
|---|---|
| **United States of America** | ) |
| **vs.** | )   Case No. 1:20-CR-123-DAD-BAM |
|  | ) |
| **Maria Munoz** | ) |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Maria Munoz_____, have discussed with _____Jessica McConville_____, Pretrial Services Officer, modifications of my release conditions as follows:

> You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer; and

> All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

| /s/ Maria Munoz | 8/17/20 | ~~signature~~ | 8/17/20 |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services Officer | Date |

I have reviewed the conditions and concur that this modification is appropriate.

| _____signature_____ | 08/18/2020 |
|---|---|
| Signature of Assistant United States Attorney | Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| _____signature_____ | 8/17/20 |
|---|---|
| Signature of Defense Counsel | Date |

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___8/18/20___.

☐ The above modification of conditions of release is *not* ordered.

| _____signature_____ | 8/18/20 |
|---|---|
| Signature of Judicial Officer | Date |

cc:     U.S. Attorney's Office, Defense Counsel, Pretrial Services