PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA MUNOZ,<br><br>Defendant. | CASE NO. 1:20-CR-00123-DAD-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 24, 2022.

2. By this stipulation, the parties now move to continue the status conference until October 26, 2022, and to exclude time between August 24, 2022, and October 26, 2022, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendants desire additional time to meet with their out-of-custody clients, to review discovery, pursue investigation, and discuss possible resolution with the

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1  government.  The parties believe that they should be in a position to move forward in this case

2  before October 26, 2022.

3        c)      Counsel for defendants believe that failure to grant the above-requested

4  continuance would deny them the reasonable time necessary for effective preparation, taking into

5  account the exercise of due diligence.

6        d)      The government does not object to the continuance.

7        e)      At this time, the parties intend for this to be the last continuance in this case.

8        f)      Based on the above-stated findings, the ends of justice served by continuing the

9  case as requested outweigh the interest of the public and the defendant in a trial within the

10  original date prescribed by the Speedy Trial Act.

11        g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12  et seq., within which trial must commence, the time period of August 24, 2022 to October 26,

13  2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

14  T4] because it results from a continuance granted by the Court at defendant's request on the basis

15  of the Court's finding that the ends of justice served by taking such action outweigh the best

16  interest of the public and the defendant in a speedy trial and because, once filed, the court will

17  need time to consider the proposed plea agreement.

18      4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

19  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

20  must commence.

21      IT IS SO STIPULATED.

22

23

24  Dated:  August 17, 2022                      PHILLIP A. TALBERT
                                                                  United States Attorney

25

26                                                                    /s/ ALEXANDRE DEMPSEY
                                                                  ALEXANDRE DEMPSEY

27                                                                    Assistant United States Attorney

28

Dated:  August 17, 2022

/s/ CARRIE McCREARY
CARRIE McCREARY
Counsel for Defendant
MARIA MUNOZ

## ORDER

IT IS SO ORDERED that the status conference is continued from August 24, 2022, to **October 26, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). <u>Counsel are directed to meet and confer and select a mutually convenient date for trial to be discussed at the next hearing date</u>. Alternatively, the parties may stipulate to the trial date, with an appropriate exclusion of time.

IT IS SO ORDERED.

Dated:   **August 17, 2022**         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE