1  PHILLIP A. TALBERT
   United States Attorney
2  ALEXANDRE DEMPSEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7
                    IN THE UNITED STATES DISTRICT COURT
8
                        EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00123-ADA-BAM |

11 | Plaintiff, |  |

12 | v. | STIPULATION TO VACATE TRIAL DATE, SET CHANGE OF PLEA HEARING; FINDINGS AND ORDER |

13 | MARIA MUNOZ, |  |

14 | Defendant. | DATE: December 12, 2023
TIME: 8:30 a.m.
COURT: Hon. Ana de Alba |

15

16                              **STIPULATION**

17      Plaintiff United States of America, by and through its counsel of record, and defendant, by and
18 through defendant's counsel of record, hereby stipulate as follows:

19      1.   By previous order, this matter was set for trial on December 12, 2023.

20      2.   By this stipulation, defendant now moves to vacate the trial date and set the matter for
21 change of plea before the Court as to defendant MUNOZ for March 20, 2023.

22      3.   The parties agree and stipulate, and request that the Court find the following:

23           a)   As the defendant does not intend on going to trial, the parties request that the trial
24      date be vacated. Vacating the trial date will conserve judicial resources for a case that has been
25      resolved.

26           b)   By previous Court order, time was excluded under the Speedy Trial Act, 18
27      U.S.C. § 3161, et. seq., through and including December 12, 2023. For this reason, there is no
28      need for an additional exclusion of time.

STIPULATION                                        1

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 13, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ALEXANDRE DEMPSEY
ALEXANDRE DEMPSEY
Assistant United States Attorney

Dated:  February 13, 2023

/s/ CARRIE McCREARY
CARRIE McCREARY
Counsel for Defendant
MARIA MUNOZ

## ORDER

At the request of the parties, the November 13, 2023 trial confirmation hearing and the December 12, 2023 trial date in the above case are VACATED and parties shall appear on March 20, 2023 for a change of plea hearing.

IT IS SO ORDERED.

Dated:   February 14, 2023

_____
UNITED STATES DISTRICT JUDGE

STIPULATION

2