AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>MARIA MUNOZ<br>*Defendant* | Case No. 1:20-CR-00123-ADA-BAM |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2/10/23

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Carrie McCreary
*Printed name of defendant's attorney*

_____
*Judge's signature*

Ana de Alba, United States District Judge
*Judge's printed name and title*

RECEIVED

2023 FEB 13  A 11: 44

U.S. ATTORNEY'S OFFICE
FRESNO, CALIFORNIA