PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARIA MUNOZ, <br><br> Defendant. | CASE NO. 1:20-CR-00123 NODJ-BAM <br><br> STIPULATION TO CONTINUE SENTENCING HEARING; ORDER <br><br> DATE: May 20, 2024 <br> TIME: 9:30 a.m. <br> JUDGE: TBD |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 25, 2024, at 8:30 a.m.

2. By this stipulation, the parties move to continue the hearing regarding sentencing until **May 20, 2024, at 9:30 a.m.**

3. The parties request the continuance so that defendant Munoz has adequate time to fulfill all of her obligations pursuant to her plea agreement. The parties therefore stipulate and request that the current date set for sentencing be vacated and that the matter be re-set for sentencing on May 20, 2024 at 9:30 a.m. or at a date and time thereafter that is convenient to the Court.

1

4.       The parties further stipulate and request that the date for drafting and responding to any Presentence Investigation Report and any sentencing memorandum be continued in accordance with this stipulation and the Court's order thereon.

IT IS SO STIPULATED.

DATED:     March 1, 2024

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED:     March 1, 2024

/s/Carrie McCreary
CARRIE MCCREARY
Counsel for Defendant
MARIA MUNOZ

**O R D E R**

IT IS ORDERED that the sentencing hearing as to defendant Maria Munoz is continued from March 25, 2024 to **May 20, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **March 1, 2024**                    /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE

2