PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MARIA MUNOZ,<br><br>        Defendant. | CASE NO. 1:20-cr-00123-NODJ-BAM-2<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>DATE:   March 24, 2025<br>TIME:   8:30 a.m.<br>JUDGE:  TBD |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on August 12, 2024, at 8:30 a.m.

2. By this stipulation, the parties move to continue the sentencing hearing until **March 24, 2025, at 8:30 a.m.**

3. This case should trail the related case *United States v. Jorge Rivera*, No. 23-cr-00092 JLT, which has been set for trial on March 4, 2025. The parties request the continuance so that defendant Munoz has adequate time to fulfill all of her obligations pursuant to her plea agreement. The parties therefore stipulate and request that the current date set for the sentencing hearing be

1

vacated and that the matter be re-set for sentencing on March 24, 2025 at 8:30 a.m. or at a date and time thereafter that is convenient to the Court.

    4.    The parties further stipulate and request that the date for drafting and responding to any Presentence Investigation Report and any sentencing memorandum be continued in accordance with this stipulation and the Court's order thereon.

IT IS SO STIPULATED.

DATED:　　August 5, 2024

　　　　　　　　　　/s/ Henry Z. Carbajal III
　　　　　　　　　　HENRY Z. CARBAJAL III
　　　　　　　　　　Assistant United States Attorney

DATED:　　August 5, 2024

　　　　　　　　　　/s/Carrie McCreary
　　　　　　　　　　CARRIE MCCREARY
　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　MARIA MUNOZ

**O R D E R**

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing as to defendant Maria Munoz is **CONTINUED** from August 12, 2024, to **March 24, 2025, at 8:30 a.m.**

Dated: August 05, 2024　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE