MICHELE BECKWITH
Acting United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARIA MUNOZ, <br><br> Defendant. | Case No. 1:20-cr-00123-NODJ-BAM <br><br> STIPULATION TO CONTINUE SENTENCING; AND ORDER <br><br> HEARING: March 24, 2025 <br> TIME:     8:30 A.M. <br> JUDGE:    NODJ |

### **STIPULATION**

The United States of America, by and through its undersigned counsel, and Defendant, by and through his undersigned counsel, hereby stipulate as follows:

1. By previous order, the sentencing hearing was continued to March 24, 2025 at 8:30 a.m. before the district judge;

2. This case should trail the related case *United States v. Jorge Rivera*, No. 1:23-cr-00092-JLT-SKO. Recently, the trial in that related case has been continued to September 23, 2025 at 8:30 a.m. from March 4, 2025 at 8:30 a.m.

3. As a result of the continuance in the related case, the parties request that the sentencing hearing in this matter be continued to October 20, 2025 at 8:30 a.m. before the district judge so that defendant Munoz has adequate time to fulfill all of her obligations pursuant to her

1

U.S. v. Munoz
Case No. 1:20-cr-00123-NODJ-BAM

plea agreement. The parties have checked with the NODJ clerk on the availability of the date.

4. The parties further stipulate and request that the date for drafting and responding to any Presentence Investigative Report and sentencing memoranda be continued in accordance with this stipulation and the Court's order thereon.

IT IS SO STIPULATED

                                      Respectfully submitted,

                                      MICHELE BECKWITH
                                      Acting United States Attorney

Date: February 14, 2025             */s/ Chan Hee Chu*
                                      CHAN HEE CHU
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

Date: February 14, 2025             */s/ Carrie C. McCreary*
                                      CARRIE C. MCCREARY
                                      Attorney for Defendant
                                      MARIA MUNOZ

## **ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from March 24, 2025, to **October 20, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: **February 14, 2025**            /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE